An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN RAY KERN, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63082

**FILED**

MAY 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

The notice of appeal was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13813

cc: Hon. David B. Barker, District Judge
Stephen Ray Kern, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk